

LEONARDO M. RAPADAS
United States Attorney
BENJAMIN BELILES
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

SEP 2 4 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00094 |
| Plaintiff, | |
| vs. | **UNITED STATES' REQUEST FOR ISSUANCE OF SUMMONS** |
| CHRIS B. CRISOSTOMO, JOEY G. CRISOSTOMO, and WAYNE G. CRISOSTOMO, | |
| Defendants. | |

Comes now the United States of America and requests this Honorable Court issue a summons for defendants, CHRIS B. CRISOSTOMO, JOEY G. CRISOSTOMO and WAYNE G. CRISOSTOMO, based on an Information filed charging the defendants with Count I - Entering Military, Naval, or Coast Guard Property, in violation of Title 18, United States Code, Section 1382; Count II - Conspiracy, in violation of Title 18, United States Code, Section 371; Count III - Unlawful Taking of Wild Animal, in violation of Title 18, United States Code, Sections 7(3) and 13; Count IV - Resisting Arrest, in violation of Title 18, United States Code, Section

//
//
//
//

111, and Count V - Unlawful Use of Artificial Light While Taking Wildlife, in violation of Title 18, United States Code, Sections 7(3) and 13.

Respectfully submitted this 24th day of September, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ *signature* for
BENJAMIN BELILES
Special Assistant U.S. Attorney