AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA
V.

JOEY G. CRISOSTOMO

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR-07-00094-002

RECEIVED SEP 28 2007 US MARSHALS SERVICE-GUAM

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue | 302 |
| | **Date and Time** |
| Before:    HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | **Tuesday, October 2, 2007 at 1:30 p.m.** |

To answer a(n)

☐ Indictment    **X** Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Count I - Entering Military, Naval, or Coast Guard Property, 18 U.S.C. § 1382
Count II - Conspiracy, 18 U.S.C. § 371
Count III - Unlawful Taking of Wild Animal, 5 GCA § 63121; 18 U.S.C. §§ 7(3) and 13 and 16 U.S.C. § 3372

FILED
DISTRICT COURT OF GUAM
OCT - 2 2007
JEANNE G. QUINATA
Clerk of Court

WALTER M. TENORIO, Deputy Clerk
Name and Title of Issuing Officer        Signature of Issuing Officer

September 26, 2007
Date

**ORIGINAL**

# RETURN OF SERVICE

Service was made by me on:[1]     Date  10/1/2007

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:

**UNITED STATES MARSHALS SERVICE**
ATTN:
520 W. SOLEDAD AVE, SUITE 344
HAGATNA, GUAM 96910

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  10/2/2007
            Date

J. S——
Name of United States Marshal

————————
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.