DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**JOEY G. CRISOSTOMO,**<br><br>Defendant. | CRIMINAL CASE NO. 07-00094-002<br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **CYNTHIA V. ECUBE** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to October 1, 2007.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Oct 02, 2007