PS 40
(REV. 6/05)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO**: United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM**: John W. San Nicolas II, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[X] **Original Notice**     [ ] **Notice of Disposition**

Date: **October 2, 2007**                         Date:

By: **Joaquin V.E. Manibusan, Jr.**               By:
    **U.S. Magistrate Judge**

---

Defendant: **CRISOSTOMO, Joey G.**          Case Number: **Criminal Case #07-00094-002**

Date of Birth: **XX-XX-1968**               Place of Birth: **Tamuning, Guam - USA**

SSN: **XXX-XX-1787**

================================================================

**NOTICE OF COURT ORDER** (Order Date: **October 3, 2007**)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. Probation Office, District of Guam.**

---

### NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

---

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
☐ Not Convicted - PS40/Passport returned to defendant.
☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
☐ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)