**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**CHANGE OF PLEA**

CASE NO.: CR-07-00094-002          DATE: November 20, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori          Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz    Electronically Recorded: 10:11:29 - 10:29:43
CSO: D. Quinata\N.Edrosa

**APPEARANCES:**
Defendant: Joey G. Crisostomo         Attorney: Cynthia V. Ecube
    Present   Custody   Bond   P.R.       Present   Retained   FPD   CJA
U.S. Attorney: Ben Beliles             U.S. Agent:
U.S. Probation: Stephen Guilliot       U.S. Marshal: None Present
Interpreter:                           Language:

**PROCEEDINGS: Change of Plea**
- Changes made to plea agreement.
- Defendant sworn and examined.
- Defendant advised of his rights, charges and penalties.
- Plea entered: Guilty Count I
- Plea: Accepted.
- Sentencing set for: February 18, 2008 at 8:30 a.m.
- Draft Presentence Report due to the parties: January 14, 2008
- Response to Presentence Report: January 28, 2008
- Final Presentence Report due to the Court: February 11, 2008
- Defendant released as previously ordered by this Court.

NOTES: