```
1  LEONARDO M. RAPADAS
   United States Attorney
2  BENJAMIN A. BELILES
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortes
4  Hagåtña, Guam 96910
   Telephone: (671) 472-7332/7283
5  Telecopier: (671) 472-7334/7215
```



**FILED**
DISTRICT COURT OF GUAM

FEB 12 2008

JEANNE G. QUINATA
Clerk of Court

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00094-002 |
| Plaintiff, | |
| vs. | GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT |
| JOEY G. CRISOSTOMO, | |
| Defendant. | |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States adopts the findings of the Presentence Report for the above defendant.

RESPECTFULLY SUBMITTED this 12th day of February, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the CNMI

By: _____
BENJAMIN A. BELILES
Special Assistant U.S. Attorney

ORIGINAL