# UNITED STATES DISTRICT COURT

DISTRICT — **GUAM**

**UNITED STATES OF AMERICA**

V.

**JOEY G. CRISOSTOMO**

# NOTICE

CASE NUMBER: **CR-07-00094-002**

TYPE OF CASE:

☐ CIVIL        X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br><br>Hon. Joaquin V.E. Manibusan, Jr. | February 18, 2008 at 8:30 A.M. | February 19, 2008 at 9:15 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

February 12, 2008                           Virginia T. Kilgore
DATE                                        /s/ (BY) DEPUTY CLERK

TO:   U.S. Attorney's Office
      Law Offices of Cynthia V. Ecube
      U.S. Probation Office
      U.S. Marshals Service