LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email address: ecubelaw@netpci.com

*Attorney for Defendant*
JOEY G. CRISOSTOMO

**FILED**
DISTRICT COURT OF GUAM
FEB 13 2008
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. CR07-00094 |
| ) | |
| *Plaintiff,* ) | |
| ) | STIPULATION OF PARTIES TO |
| vs. ) | CONTINUE SENTENCING HEARING |
| ) | |
| JOEY G. CRISOSTOMO, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |
| _____) | |

The Parties hereby request this Honorable Court to continue the sentencing hearing in this matter, which is presently set for February 19, 2008 at 9:15 A. M., to a date two (2) weeks, thereafter, or at the Court's earliest convenience.

This Stipulation is made at the request of counsel for the Defendant in order to allow defense counsel more time to review the Draft Pre-Sentence Investigation Report and discuss the report with Defendant. Counsel for defense is requesting this additional time since the Draft PSI, which was due on January 14, 2008, was not served upon the parties until February 4, 2008.

It is so stipulated.

**ORIGINAL**

| | |
|---|---|
| LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.<br>A Professional Corporation<br><br>By: *(signature)*<br>CYNTHIA V. ECUBE, ESQ.<br>Attorney for Defendant<br><br>Date: 2/13/08 | LEONARDO M. RAPADAS<br>United States Attorney<br>District of Guam and NMI<br><br>By: *(signature)* Benjamin A. Beliles<br>BENJAMIN BELILES, ESQ.<br>Special Assistant U.S. Attorney<br><br>Date: 12 Feb 08 |

CVE/abs
L:\...\CLIENTS\CVE-CLIENTS\Crisostomo, Joey G.\Stipulation & Order.2.7.08

# CERTIFICATE OF SERVICE

I, **AMBER B. SANCHEZ**, working in the Law Office of Cynthia V. Ecube, Esq., P.C., hereby certify that on the 11th day of February, 2008, I caused to be served by facsimile and personal service a copy of "Stipulation of Parties to Continue Sentencing Hearing" in Criminal Case No. CR07-00094 to:

**BENJAMIN BELILES, ESQ.**
Assistant U. S. Attorney
U. S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
(671) 472-7334

_____
AMBER B. SANCHEZ

CVE/abs
L:\...\CLIENTS\CVE-CLIENTS\Crisostomo, Joey G.\Stipulation & Order.2.7.08