**LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.**
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email address: ecubelaw@netpci.com

*Attorney for Defendant*
**JOEY G. CRISOSTOMO**

# IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | CRIMINAL CASE NO. **07-00094-002** |
| ) | |
| *Plaintiff,* ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| **JOEY G. CRISOSTOMO,** ) | |
| ) | |
| *Defendant.* ) | |
| _____ ) | |

Upon request of the Defendant and for good cause shown,

**IT IS SO ORDERED** that the sentencing hearing for the above-named Defendant, originally scheduled for February 18, 2008, is hereby continued to **Tuesday, March 4, 2008, at 9:15 a.m.**

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Feb 15, 2008

*CVE/abs*
*L:\...\CLIENTS\CVE-CLIENTS\Crisostomo, Joey G.\Order of Parties to Cont. Sentencing Hrng.2.7.08*