LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email Address: ecubelaw@netpci.com

*Attorney for Defendant*
JOEY G. CRISOSTOMO

FILED
DISTRICT COURT OF GUAM
FEB 20 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. CR07-00094 |
| ) | |
| Plaintiff, ) | |
| ) | DEFENDANT JOEY G. CRISOSTOMO'S |
| vs. ) | STATEMENT ADOPTING FINDINGS |
| ) | OF THE PRE-SENTENCE |
| JOEY G. CRISOSTOMO, ) | INVESTIGATION REPORT |
| ) | |
| Defendant. ) | |

### I. STATEMENT ADOPTING FINDINGS OF PSI REPORT

**COMES NOW**, Defendant, **JOEY G. CRISOSTOMO**, by and through his Court appointed counsel of record, **CYNTHIA V. ECUBE, ESQ.** with the **LAW OFFICE OF CYNTHIA V. ECUBE, ESQ., P. C.**, and hereby files Its Statement Adopting the Draft and Final Pre-Sentence Investigation Report (hereinafter "PSI Report") filed in the above-entitled criminal matter, herein.

Dated this 18th day of February, 2008.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*

By: _____
CYNTHIA V. ECUBE, ESQ.
*Attorney for Defendant*

ORIGINAL

## CERTIFICATE OF SERVICE

I, **AMBER SANCHEZ**, Secretary, working in the Law Office of Cynthia V. Ecube, Esq., P. C., hereby certify that on the 19th day of February, 2008, I caused to be served by facsimile and personal service a copy of the "Defendant's Statement Adopting the Findings of the PSI Report" in Criminal Case No. **CR07-00094**, to:

> Benjamin Bellies, Esq.
> Assistant U. S. Attorney
> U. S. Attorney's Office
> Sirena Plaza, Suite 500
> 108 Hernan Cortez Avenue
> Hagåtña, Guam 96910
> (671) 472-7334

_____
Legal Secretary