# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00094-002  DATE: March 04, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Walter Tenorio |
| Courtroom Deputy: Walter Tenorio | Electronically Recorded: 9:31:41 - 9:43:45 |
| CSO: B. Pereda | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Joey G. Crisostomo | Attorney: Cynthia Ecube |
| ☑Present ☐Custody ☐Bond ☑P.R. | ☑Present ☐Retained ☑FPD ☐CJA |
| U.S. Attorney: Benjamn Beliles | U.S. Agent: |
| U.S. Probation: Carleen Borja | U.S. Marshal: V. Roman |
| Interpreter: | Language: |

**PROCEEDINGS: Sentencing**
- Defendant sentenced to probation for a term of <u>1 Year</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $10.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.

NOTES: