1 LEONARDO M. RAPADAS
United States Attorney
2 BENJAMIN A. BELILES
Special Assistant U.S. Attorney
3 Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
4 Hågatña, Guam 96910
Telephone: (671) 472-7332
5 Telecopier: (671) 472-7334

6 Attorneys for United States of America

**FILED**

DISTRICT COURT OF GUAM

MAR 05 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00094-002 |
| Plaintiff, ) | **GOVERNMENT'S MOTION TO DISMISS COUNTS 2 AND 3 OF INFORMATION** |
| vs. ) | |
| JOEY G. CRISOSTOMO, ) | |
| Defendant. ) | |

The United States hereby moves this Honorable Court for an order dismissing Counts 2 and 3 of the Information in the above-entitled action.

This motion is made pursuant to a plea agreement dismissing Counts 2 and 3 upon sentencing.

RESPECTFULLY SUBMITTED this 5th day of March, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: *Benjamin A. Beliles*
BENJAMIN A. BELILES
Special Assistant U.S. Attorney

**ORIGINAL**