PS 40
(REV. 6/05)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

**NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT**

**TO**: United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM**: John W. San Nicolas II, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

☐ **Original Notice**          [X] **Notice of Disposition**

| | | | |
|---|---|---|---|
| Date: | **October 2, 2007** | Date: | **March 4, 2008** |
| By: | **Joaquin V.E. Manibusan, Jr.** **U.S. Magistrate Judge** | By: | **Joaquin V.E. Manibusan, Jr.** **U.S. Magistrate Judge** |

| | | | |
|---|---|---|---|
| Defendant: | **CRISOSTOMO, Joey G.** | Case Number: | **Criminal Case #07-00094-002** |
| Date of Birth: | ▇▇▇▇ | Place of Birth: | **Tamuning, Guam - USA** |
| SSN: | ▇▇▇▇ | | |

========================================================================

**NOTICE OF COURT ORDER** (Order Date: **October 3, 2007** )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

☐ The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. Probation Office, District of Guam.**

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

☐ Defendant not convicted.

[X] Defendant convicted.

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
  ☐ Not Convicted - PS40/Passport returned to defendant.
  ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
  ✓ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)