1   LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
    *A Professional Corporation*
2   192 Archbishop F. C. Flores Street
    2nd Floor, Perez Building
3   Hagåtña, Guam 96910
    Telephone:    (671) 477-8007/8
4   Telecopier:   (671) 477-7777
    Email Address: ecbuelaw@netpci.com
5
    *Attorney for Defendant*
6   JOEY CRISOSTOMO

**FILED**
DISTRICT COURT OF GUAM

APR 1 4 2008

**JEANNE G. QUINATA**
**Clerk of Court**

7
8                   IN THE DISTRICT COURT OF GUAM

9                        TERRITORY OF GUAM

10  UNITED STATES OF AMERICA,        )    CRIMINAL CASE NO. CR07-00094
                                     )
11              *Plaintiff,*          )
                                     )    MEMORANDUM IN SUPPORT OF
12         vs.                       )    VOUCHER FOR ATTORNEY'S
                                     )    FEES IN EXCESS OF C.J.A. LIMITS
13  JOEY CRISOSTOMO,                 )
                                     )
14              *Defendant.*          )
    _____ )

15          COMES NOW, **CYNTHIA V. ECUBE ESQ.**, with the Law Office of Cynthia V. Ecube,
16
17  Esq., P. C., Court appointed counsel for **DEFENDANT, JOEY CRISOSTOMO**, and hereby
18  submits the following memorandum in support of the payment of fees in excess of the statutory limit
19  for attorney's fees in the above captioned criminal matter.
20          At the time in which the undersigned counsel was appointed to assist Defendant **JOEY**
21  **CRISOSTOMO**. This matter was charged by the government as misdemeanor involving multiple
22  defendants for the offenses involving entering military, Naval or Coast Guard Property, Conspiracy,
23  Unlawful Taking of Wild Animal, Resisting Arrest and Unlawful Use of Artificial Light while
24  Taking Wildlife. Additionally, the undersigned counsel had also worked together with the Co-
25  Defendant's counsel, Attorney John T. Gorman for Defendant Cris Crisostomo and Attorney Joseph

ORIGINAL

USA vs. Joey Crisostomo
Criminal Case No. CR-02-00094
Memorandum in Support of Voucher for Attorney's
Fees in Excess of Statutory Limit
Page 2 of 2

1  Razzano for Defendant Wayne Crisostomo regarding the cooperation and likelihood of a Plea

2  Agreement.

3      The undersigned counsel reviewed discovery materials, prepared for possible trial and

4  ultimately negotiated a Plea Agreement for Defendant. This effort involved a series of negotiations

5  between the Assistant U. S. Attorney, Benjamin A. Beliles, and myself. These negotiations led to

6  a settlement involving a dismissal of Counts II and III  in favor of Defendant **JOEY**

7  **CRISOSTOMO.**

8      Based on the foregoing, the undersigned counsel respectfully requests the court to approve

9  the voucher as submitted herein.

10      Respectfully submitted on the 1ˢᵗ day of April, 2008.

12  LAW OFFICES OF CYNTHIA V. ECUBE, ESQ.
    A Professional Corporation

14  By:  _____

15  CYNTHIA V. ECUBE, ESQ.
    Attorney for Defendant **JOEY CRISOSTOMO**

CVE/wqr
L:\My Documents\Clients\Crisostomo,, Joey\Memo for Voucher